**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIELLE SAVKA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DANIELLE PAUDULA, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:26-CV-1282<br><br>(SAPORITO, J.)<br>(CARABALLO, M.J.) |

# ORDER

Now before the court is a report and recommendation of United States Magistrate Judge Phillip J. Caraballo in which he recommends that the plaintiffs' complaint be dismissed without prejudice. (Doc. 8).

The plaintiffs commenced this action on May 13, 2026, bringing vague claims that appear to concern allegations of identify theft and unwanted surveillance. (Doc. 1). The plaintiffs also filed a motion for leave to proceed *in forma pauperis* in conjunction with the complaint. (Doc. 2). On May 14, 2026, the court denied the plaintiffs' motion because the application was both incomplete and submitted on behalf of multiple plaintiffs in a single application, rather than individual applications for each plaintiff. (Doc. 4). The court then ordered the plaintiffs to either pay the full filing fee or file individual and complete applications to proceed

*in forma pauperis* by June 4, 2026. (*Id.*). The court held that a failure to do so would risk dismissal of this action. (*Id.*). On July 23, 2026, after the plaintiffs failed to respond the court's order, the court issued an additional order to show cause why this action should not be dismissed and further allowed the plaintiffs an opportunity to pay the filing fee or submit individual and completed applications to proceed *in forma pauperis* by August 21, 2026. (Doc. 5).

The plaintiffs have failed to respond by that deadline or otherwise communicate with the court since the filing of their complaint. Accordingly, Judge Caraballo recommends the dismissal of this action for the plaintiffs' failure to prosecute this action. In doing so, Judge Caraballo applied the *Poulis* factors[1] and found that the totality of the factors weighed in favor of dismissal of this action. Therefore, Judge Caraballo recommends that the court dismiss the plaintiffs' complaint without prejudice and close this case.

No timely objections have been filed to the report and recommendation, resulting in the forfeiture of de novo review by this

[1] The *Poulis* factors are taken from *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), and courts weigh these factors when deciding whether dismissal of an action is warranted.

court. *See Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007); *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987).

Following an independent review of the report and the record, and having afforded "reasoned consideration" to the uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Caraballo's analysis to be well-reasoned and fully supported by the record and applicable law. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Judge Caraballo (Doc. 6) is **ADOPTED** in its entirety;

2. The plaintiffs' complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court shall close this case.

Dated: September 16, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge